AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

2020 JUN 18 AM 10:53 MIDDLE FLORIDA ORLANDO    RECEIVED U.S. MARSHAL

2020 SEP -9 PM 4:05    FILED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:20-cr-40-Oc-28PRL |
| CHRISTINA LYNN CATALANO | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __CHRISTINA LYNN CATALANO__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One - Disaster Assistance Fraud (18 U.S.C. § 1040)

Count Two - False Statements (18 U.S.C. § 1001)

Date: __06/18/2020__

_____
*Issuing officer's signature*

City and state: __Orlando, Florida__ __ELIZABETH WARREN, Clerk, United States District Court__
*Printed name and title*

### Return

This warrant was received on *(date)* __09/09/20__, and the person was arrested on *(date)* __09/09/20__
at *(city and state)* __Ocala, FL__.

Date: __09/09/20__

_____
*Arresting officer's signature*

__Scott Burnett, SPECIAL AGENT__
*Printed name and title*