# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**

Case No. 5:20-cr-40-Oc-28PRL

**CHRISTINA LYNN CATALANO and**
**JOSEPH SAMUEL CATALANO**
_____/

## DEFENDANTS' JOINT AND UNOPPOSED
## MOTION TO EXTEND MOTION FILING DATE
## AND CONTINUE TRIAL AND STATUS CONFERENCE

Christina Lynn Catalano, through counsel, moves for an extension of time for filing motions and a continuance of her trial and status hearing, based on the following considerations:

1. According to the Criminal Scheduling Order (Doc. 18), trial is scheduled for the November, 2020 trial term, with a status conference set for October 23, 2020. Motions are due to be filed by September 30, 2020.

2. Counsel is still in the process of reviewing discovery, investigating the background of the case, conducting research, and determining what (if any) motions should be filed on behalf of Ms. Catalano.

3. Counsel requires additional time in order to effectively represent

1

Ms. Catalano.

4. It is requested that the motion filing date be extended to October 16, 2020.

5. It is further requested that Ms. Catalano's trial be continued to the December, 2020 trial term, and the status hearing continued to the Court's designated date in November.

6. Michael Nielsen, co-defendant Joseph Catalano's counsel, joins in this motion.

7. Assistant U.S. Attorney Michael Felicetta is unopposed to the relief requested herein.

For the foregoing reasons it is requested that the motion filing date be extended to October 16, 2020 and the trial and status hearing of this cause continued to the Court's December trial term.

    Respectfully submitted,

    James T. Skuthan
    Acting Federal Defender


    s/ *Mark Rosenblum*
    Mark Rosenblum
    Florida Bar No. 0289175
    Assistant Federal Defender

2

        200 West Forsyth Street, Suite 1240
        Jacksonville, Florida 32202
        Telephone: 904-232-3039
        Fax: 904-232-1937
        E-Mail: mark_rosenblum@fd.org
        Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that on September 28, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        s/ *Mark Rosenblum*
        Assistant Federal Defender