# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 5:20-cr-40-Oc-28PRL

**CHRISTINA LYNN CATALANO** and
**JOSEPH SAMUEL CATALANO**

## ORDER

This cause came before the Court on Defendants' Joint and Unopposed Motion to Extend Motion Filing Date and Continue Trial and Status Conference (Doc. No. 28, filed September 28, 2020). The case is currently scheduled for the November 2020 trial term.

Upon consideration, it is **ORDERED** that the Joint and Unopposed Motion to Extend Motion Filing Date and Continue Trial and Status Conference is **GRANTED in part**. The deadline to file motions is extended through October 16, 2020.

Defendants are directed to file written waivers of speedy trial though December 31, 2020, within 7 days from the date of this order. Following the filing of the written waivers, the Court will make the necessary findings and continue the trial. Until such waivers are filed the case remains on the November 2020 trial term.

**DONE** and **ORDERED** in Orlando, Florida on September 29, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendants