# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.                       CASE NO: 5:20-cr-40-Oc-28PRL

CHRISTINA LYNN CATALANO

## ORDER

**THIS CAUSE** is before the Court on Defendant Christina Lynn Catalano's Motion to Cancel Status Hearing or in the alternative allow counsel to appear telephonically (Doc. No. 47) and Supplemental Unopposed Motion to Cancel Status Hearing or to allow counsel to appear telephonically (Doc. No. 48) all filed on November 17, 2020.

Upon consideration, **IT IS ORDERED** that Defendant Christina Lynn Catalano's Motion to Cancel Status Hearing or in the alternative allow counsel to appear telephonically (Doc. No. 47) and Supplemental Unopposed Motion to Cancel Status Hearing or to allow counsel to appear telephonically (Doc. No. 48) are **GRANTED**. Counsel is are directed to call 1-888-684-8852, access code 4135515 and security code 112020 at least 5 minutes prior to the start time of the hearing.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Attorney
Counsel for Defendant