# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.

                                                       **Case No. 5:20-cr-40-Oc-28PRL**

**CHRISTINA LYNN CATALANO**

_____/

## DEFENDANTS' UNOPPOSED MOTION
## TO AMEND BOND CONDITIONS

Christina Lynn Catalano, through counsel, moves for an amendment of her conditions of bond, based on the following considerations:

1. On October 8, 2020, following a hearing to determine whether bond should be revoked, the Court entered an order setting more restrictive conditions of bond. The order states: "The defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved in advance by the pretrial services office or supervising officer." Doc. 40. Location monitoring is a requirement of Ms. Catalano's bond conditions.

2. Subsequently on November 6, 2020, following a request by Ms.

Catalano, the Court entered an Order amending her bond conditions. The amendment permitted her to go to the grocery story two times per week for a reasonable period of time and to go outside, into her backyard, for two hours per day.

3. On November 30, 2020, following a hearing to determine whether her codefendant-husband Joseph Catalano's bond should be revoked, the Court entered an Order amending his bond conditions to require location monitoring. Mr. Catalano is not under a home detention condition.

4. Ms. Catalano requests, through the filing of this motion, that her bond conditions be amended so that home detention is no longer a condition of her bond but that the location monitoring condition remain in effect. Additionally, after consultation with counsel for the government, Assistant U.S. Attorney Michael Felicetta, it is Ms. Catalano's request that the Court substitute a curfew condition instead of home confinement. The contemplated curfew, agreeable to both sides, is that Ms. Catalano be in her home from 10:00 p.m. to 6:00 a.m. each day.

5. Mr. Felicetta is unopposed to this motion so long as the above-referenced curfew condition is substituted for home confinement.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender


s/ *Mark Rosenblum*
Mark Rosenblum
Florida Bar No. 0289175
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: mark_rosenblum@fd.org
Attorney for defendant


## CERTIFICATE OF SERVICE

I certify that on December 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ *Mark Rosenblum*
Assistant Federal Defender