*United States v. Christina Lynn Catalano*

**Case No. 5:20-cr-40-Oc-28PRL**

# Exhibit 2

## Discharge Summary

CATALANO, CHRISTINA L - 1112712676
12/22/2020 11:25 EST

# CATALANO, CHRISTINA L

**FIN:** 1112712676
**DOB:** 12/16/1981
**Visit Date:** 12/18/2020

**Integrated Stabilization Unit**
**Adult Treatment Center**
**New Port Richey, FL 34653**

BH ISU

# Discharge Instructions

## Your Care Team

**Admitting Physician -** Barrett , Cathleen A APRN
**Attending Physician -** Gill , Gurkiran MD
**PCP Lifetime -** De La Cruz Hernandez , Enrique J

## Reason for Your Visit

vol patient has ankle monitor on and charger is with her

## Your Diagnosis

Bipolar affective
Post traumatic stress disorder (PTSD)
Opiate abuse, episodic
Stimulant use disorder
Substance or medication-induced psychotic disorder

## Tests Pending

CBC with Differential
CMP
Hepatitis A IgM Ab (Acute)

Pending results may take 3-7 days to be completed. If you have
a lab result that needs to be acted on, you will receive a call
from the BayCare Patient Communication Center. Their phone
number is: 727-561-2500.
Your follow-up doctor can request a copy of your records and
test results. If this referral cannot provide your follow-up care,
please check with your insurance provider for an approved
physician. For further assistance call 877-692-2922.

## Measurements

Weight, Estimated kg: 63.636 kg (12/18/20 12:39:00)
Weight, Estimated lbs: 140 lb (12/18/20 12:39:00)
Height cm: 152.4 cm (12/18/20 12:39:00)    Height
Inches: 60 inch(es) (12/18/20 12:39:00)