UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                  Case No. 5:20-cr-40-JA-PRL

CHRISTINA LYNN CATALANO,
    Defendant.
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent Ms. Christina Lynn Catalano in the above-styled case. The Clerk is requested to enter the appearance of Shehnoor Kaur Grewal, Attorney, as counsel for Ms. Catalano for appellate purposes only.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender

*/s/ Shehnoor Kaur Grewal*
Shehnoor Kaur Grewal
Attorney
Utah Bar Number 14662
2075 W. First Street, Suite 300
Fort Myers, Florida 33901
Telephone: (239) 334-0397
Facsimile: (239) 334-4109
E-Mail: shehnoor_grewal@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney on March 8, 2021.

*/s/ Shehnoor Kaur Grewal*
Shehnoor Kaur Grewal
