**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.                                        CASE NO. 5:20-cr-40-JA-PRL

CHRISTINA CATALANO

## ORDER

Before the Court is Defendant Christina Catalano's *pro se* motion (Doc. 174) for early termination of supervised release. The Government responds that it and the United States Probation Office do not oppose Catalano's motion. (Doc. 175 at 2). Based on the Court's review of the parties' submissions, the factors under 18 U.S.C. § 3553 weigh in favor of early termination. While on supervision, Catalano "has completed all requirements imposed by the Court with the exception of restitution" which she has made timely monthly payments towards. (Doc. 175 at 2). Accordingly, it is **ORDERED** that Catalano's motion for early termination of supervised release (Doc. 174) is **GRANTED**. Catalano's supervised release is **terminated**.

DONE and ORDERED on January 7, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Christina Catalano